| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HAZEL CAROLINA GARCIA, | ) | |
| | ) | No. C 07-6223 PJH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES;** |
| | ) | **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship & Immigration Services; | ) | |
| MICHAEL MUKASEY, U.S. Attorney General, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the case management conference. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 30 days and that the case will be moot.

Accordingly, in order to allow sufficient time for the parties to resolve the case without further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | March 27, 2008 |
| Last day to file Joint ADR Certification | April 3, 2008 |

Stipulation to Extend Dates
C07-6223 PJH                                                                 1

1 | Last day to file/serve Joint Case Management Statement:     April 10, 2008

2 | Case Management Conference:     April 17, 2008 at 2:30 p.m.

3 | Dated: February 13, 2008     Respectfully submitted,

4 | JOSEPH P. RUSSONIELLO
United States Attorney

6 | /s/
ILA C. DEISS[1]
7 | Assistant United States Attorney
Attorneys for Defendants

9 | Dated: February 13, 2008     /s/
10 | ROBERT B. JOBE
Attorney for Plaintiff

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15 | Date: 2/14/08

16 | PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C07-6223 PJH     2