1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

HAZEL CAROLINA GARCIA,        )
                              )  No. C 07-6223 PJH
          Plaintiff,          )
                              )
     v.                       )  **STIPULATION TO DISMISS AND**
                              )  **[PROPOSED] ORDER**
MICHAEL CHERTOFF, Secretary,  )
Department of Homeland Security; )
EMILIO T. GONZALEZ, Director, )
U.S. Citizenship & Immigration Services; )
MICHAEL MUKASEY, U.S. Attorney General, )
                              )
          Defendants.         )
_____)

   Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's motion to reopen, and her adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C07-6223 PJH                              1

Each of the parties shall bear their own costs and fees.

Dated: February 21, 2008                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 20, 2008                     /s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/25/08



---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-6223 PJH                                          2